AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

ROBERT G. TAYLOR, an individual; and
BRADLEY G. TAYLOR, as Personal Representative
of the Estate of Joy L. Taylor, Deceased,
                              Plaintiffs,

v.

LARSON BERG & PERKINS, LLC and
MARITAL COMMUNITY OF PAUL E. LARSON
and MARY DOE LARSON,
                              Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-11-3115-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to  hearing  before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and the above-captioned cause of action is DISMISSED WITHOUT PREJUDICE and without costs to either party.

March 22, 2012                                    JAMES R. LARSEN
*Date*                                            *Clerk*
                                                  s/ Linda Emerson
                                                  *(By) Deputy Clerk*
                                                  Linda Emerson